No. 99–8984.   REED v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 99–8986.   BOSTON v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 99–8987.   CARTER v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 99–8990.   COVINGTON v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 99–8991.   MILLOWAY v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 99–8993.   MONTOYA v. LEMASTER, WARDEN, ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 99–8996.   OLGUIN v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 99–8997.   NARIO SOTO ET AL. v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 99–8998.   PRINCE v. UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 99–9004.   BEAVERS v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 99–9011.   DAWKINS v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 99–9015.   FARAH v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 99–9018.   WHITE v. ILLINOIS.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 99–9019.   TAWALBEH v. UNITED STATES;
No. 99–9071.   ABED v. UNITED STATES;
No. 99–9072.   ABED v. UNITED STATES; and
No. 99–9074.   ABED v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.   Reported below: 203 F. 3d 822.